## Rafael CAMARGO *v.* STATE of Arkansas

CR 98-772                                          969 S.W.2d 666

Supreme Court of Arkansas
Opinion delivered July 16, 1998

*Robert C. Marquette*, for appellant.

No response.

PER CURIAM. Appellant, Rafael Camargo, by his attorney, Robert C. Marquette, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam). The motion is therefore granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.